REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rfm@cpdb.com

Attorneys for Defendant
G. Steven Burrill

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-491 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: LIMITED WAIVER OF PRIVILEGE |
| v. | Hon. Richard Seeborg |
| G. STEVEN BURRILL and MARC HOWARD BERGER | Trial Date: June 25, 2018 |
| Defendants. | |

Whereas, the government has seized from BPM LLC certain records containing communications involving defendant Marc Berger;

Whereas, G. Steven Burrill asserts that some of those communications are protected by the attorney-client privilege and/or the work-product doctrine pursuant to a Kovel Letter between Jeffry Bernstein of Coblentz Patch Duffy & Bass LLP ("Coblentz") and BPM dated March 4, 2015, by which Mr. Berger and BPM agreed to provide Mr. Bernstein with services to assist Mr. Bernstein in performing various analyses for Mr. and Mrs. (Kelli) Burrill and Burrill & Co. in connection with the audit by, and in preparation for litigation with, the Internal Revenue Service and the California Franchise Tax Board;

Whereas, counsel for Mr. Burrill, following a diligent search of electronic mail

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1  communications in Mr. Bernstein's file at Coblentz, has identified electronic mail communications

2  between and among Mr. Bernstein and Mr. Berger dated between March 4, 2015, and March 31,

3  2017, that concern audits by, and/or possible litigation with, the Internal Revenue Service and the

4  California Franchise Tax Board (redacting such communications related to other matters), which

5  communications are collected at CPDBPRIV0001-CPDBPRIV4021 (the "Privileged

6  Documents");

7      Whereas, Mr. Berger may seek to use some of the Privileged Documents in his defense in

8  this matter if those documents are made available;

9      Whereas, the government may seek to use some of the Privileged Documents in its

10  prosecution of this matter if those documents are made available;

11      Whereas, Mr. and Mrs. Burrill and Burrill & Co. have agreed to a limited waiver of the

12  attorney-client privilege and/or the work-product doctrine protections applicable to the Privileged

13  Documents to permit the parties to use those documents at and in preparation for trial;

14      Whereas, Coblentz has agreed to a limited waiver of its work-product doctrine protections

15  applicable to the Privileged Documents to permit the parties to use those documents at and in

16  preparation for trial;

17      Whereas, Mr. and Mrs. Burrill, Burrill & Co., Mr. Berger, Coblentz, and the government

18  intend any such waiver to be applied narrowly and;

19      Whereas, Mr. and Mrs. Burrill, Burrill & Co., Mr. Berger, Coblentz, and the government

20  agree that the waiver herein applies only to the Privileged Documents and does not otherwise

21  waive any privilege or protection that may apply to any other document or communication, even if

22  it concerns the same subject matter.

23      Therefore, it is hereby stipulated and agreed, by and between the parties hereto and their

24  counsel of record, as follows:

25      1.      Upon entry of the [Proposed] Order Re Limited Waiver of Privilege, Mr. and Mrs.

26  Burrill and Burrill & Co. waive the attorney-client privilege and/or the work-product doctrine

27  protections, and Coblentz waives its work-product doctrine protections, applicable to the

28  Privileged Documents, and will provide both Mr. Berger and the government with a copy of the

Privileged Documents.

2.     Pursuant to Federal Rule of Evidence 502, and notwithstanding any other federal or state law, regulation, or rule, the limited waiver provided herein applies only to the Privileged Documents and does not waive any privilege or protection that may apply to any other document or communication, even if it concerns the same subject matter.

IT IS SO STIPULATED.

DATED: May 31, 2018          COBLENTZ PATCH DUFFY & BASS LLP

By:      */s/ Rees F. Morgan*
          Rees F. Morgan
          Attorney for Defendant G. Steven Burrill and non-parties Kelli Burrill and Burrill & Co.

DATED: May 31, 2018          KANE + KIMBALL LLP

By:      */s/ William H. Kimball*
          William H. Kimball
          Attorney for Defendant Marc Berger

DATED: May 31, 2018

By:      */s/ Robert Leach*
          AUSA Robert Leach
          Attorney for the United States of America

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:  5/31/18

The Hon. Richard Seeborg
United States District Judge

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663