REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rfm@cpdb.com

Attorneys for Defendant
G. Steven Burrill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-491 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| G. STEVEN BURRILL and MARC HOWARD BERGER | Hon. Richard Seeborg<br>Sentencing Date: September 25, 2018 |
| Defendants. | |

WHEREAS, a sentencing hearing is currently scheduled for defendant G. Steven Burrill for September 25, 2018, with sentencing memoranda due to be filed on September 18, 2018;

WHEREAS, Mr. Burrill intends to include in his sentencing memorandum sensitive information not currently reflected in the Presentence Report;

WHEREAS, the parties believe that additional time is necessary to investigate and resolve issues that have arisen concerning this information and the extent to and process by which it may be presented to and considered by the Court and that permitting such additional time would promote efficiency and the interests of justice;

THEREFORE, it is hereby stipulated and agreed, by and between the parties hereto and their counsel of record, that Mr. Burrill's sentencing hearing be continued to October 16, 2018, or as soon thereafter as the Court's calendar may permit.

16044.001 4842-5001-3029.4

IT IS SO STIPULATED.

DATED: September 18, 2018          COBLENTZ PATCH DUFFY & BASS LLP

By: _/s/ Rees F. Morgan_
Rees F. Morgan
Attorney for Defendant G. Steven Burrill

DATED: September 18, 2018

By: _/s/ Robert Leach_
AUSA Robert Leach
Attorney for the United States of America

## [~~PROPOSED~~] ORDER

Good cause appearing, the sentencing hearing in this matter is continued until October 16, 2018. Pursuant to Criminal Local Rule 32-5(b), sentencing memoranda shall be filed no later than seven days prior to the new hearing date.

IT IS SO ORDERED.

Dated: September 18, 2018

_[signature]_
The Hon. Richard Seeborg
United States District Judge

16044.001 4842-5001-3029.4