REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rfm@cpdb.com

Attorneys for Defendant
G. Steven Burrill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>G. STEVEN BURRILL and MARC HOWARD BERGER<br><br>Defendants. | Case No. CR 17-491 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING<br><br>Hon. Richard Seeborg<br>Sentencing Date: October 16, 2018 |

WHEREAS, a sentencing hearing was originally scheduled for defendant G. Steven Burrill for September 25, 2018, with sentencing memoranda due to be filed on September 18, 2018;

WHEREAS, Mr. Burrill intends to include in his sentencing memorandum sensitive information not currently reflected in the Presentence Report;

WHEREAS, because the parties believed that (1) additional time was necessary to resolve issues that have arisen concerning this information and the extent to and process by which it may be presented to and considered by the Court and (2) permitting such additional time would promote efficiency and the interests of justice, the parties stipulated that Mr. Burrill's sentencing hearing be continued to October 16, 2018, or as soon thereafter as the Court's calendar may permit;

WHEREAS, the Court thereafter continued the sentencing hearing to October 16, 2018;

///

WHEREAS, the parties continue to work to resolve these issues and do not believe that they can be resolved in time for the sentencing hearing to be held on October 16, 2018, and;

WHEREAS, the parties continue to believe that additional time is necessary to resolve these issues and that permitting such additional time would promote efficiency and the interests of justice;

THEREFORE, it is hereby stipulated and agreed, by and between the parties hereto and their counsel of record, that Mr. Burrill's sentencing hearing be continued to December 4, 2018, or as soon thereafter as the Court's calendar may permit.

IT IS SO STIPULATED.

DATED: October 8, 2018        COBLENTZ PATCH DUFFY & BASS LLP

By:     */s/ Rees F. Morgan*
        Rees F. Morgan
        Attorney for Defendant G. Steven Burrill

DATED: October 8, 2018

By:     */s/ Robert Leach*
        AUSA Robert Leach
        Attorney for the United States of America

**[~~PROPOSED~~] ORDER**

Good cause appearing, the sentencing hearing in this matter is continued until ___December 4___, 2018. Pursuant to Criminal Local Rule 32-5(b), sentencing memoranda shall be filed no later than seven days prior to the new hearing date.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
The Hon. Richard Seeborg
United States District Judge

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663