REES F. MORGAN (State Bar No. 229899)
SARAH E. PETERSON (State Bar No. 309733)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rfm@cpdb.com

Attorneys for Defendant
G. Steven Burrill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>G. STEVEN BURRILL and MARC HOWARD BERGER<br><br>Defendants. | Case No. CR 17-491 RS<br>DENYING STIPULATION AND ORDER <s>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING</s><br><br>Hon. Richard Seeborg<br>Sentencing Date: December 4, 2018 |

WHEREAS, a sentencing hearing was originally scheduled for defendant G. Steven Burrill for September 25, 2018, with sentencing memoranda due to be filed on September 18, 2018;

WHEREAS, Mr. Burrill intends to include in his sentencing memorandum information about sensitive matters not included in his Presentence Report;

WHEREAS, the Government does not oppose Mr. Burrill's right to present such information but is requiring that such information be presented in a strictly confidential manner;

WHEREAS, because the parties believed that (1) additional time was necessary to resolve issues that have arisen concerning the sensitive information and the extent to and process by which it may be presented to and considered by the Court and (2) permitting such additional time would promote efficiency and the interests of justice, the parties stipulated that Mr. Burrill's sentencing hearing be continued to October 16, 2018, or as soon thereafter as the Court's calendar may

16044.001 4812-2388-5696.1

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

permit;

WHEREAS, the Court thereafter continued the sentencing hearing to October 16, 2018;

WHEREAS, the Court, for the same reasons stated above and upon the parties' stipulation, thereafter again continued the sentencing hearing to December 4, 2018;

WHEREAS, the parties continue to work toward resolving the above-referenced issues, with the Government diligently working to establish the appropriate parameters by which Mr. Burrill can present the aforementioned sensitive information to the Court;

WHEREAS, it is now clear that the appropriate procedures necessary for presenting the sensitive information will not be completed by the time of the sentencing hearing to be held on December 4, 2018; and

WHEREAS, the parties continue to believe that additional time is necessary to resolve these issues and that permitting such additional time would promote efficiency and the interests of justice;

THEREFORE, it is hereby stipulated and agreed, by and between the parties hereto and their counsel of record, that Mr. Burrill's sentencing hearing be continued to January 22, 2019, or as soon thereafter as the Court's calendar may permit.

IT IS SO STIPULATED.

DATED: November 21, 2018        COBLENTZ PATCH DUFFY & BASS LLP

                                By:    */s/ Rees F. Morgan*
                                       Rees F. Morgan
                                       Attorney for Defendant G. Steven Burrill

DATED: November 21, 2018

                                By:    */s/ Robert Leach*
                                       AUSA Robert Leach
                                       Attorney for the United States of America

16044.001 4812-2388-5696.1

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1 **[PROPOSED] ORDER**

Good cause appearing, the sentencing hearing in this matter is continued until _____, 2019. Pursuant to Criminal Local Rule 32-5(b), sentencing memoranda shall be filed no later than seven days prior to the new hearing date.

IT IS SO ORDERED.

Dated: November \_\_, 2018

_____
The Hon. Richard Seeborg
United States District Judge



DENIED
Judge Richard Seeborg
Dated: 11/21/18
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16044.001 4812-2388-5696.1