UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 4, 2018  **Time:** 1 hour and 8 minutes  **Judge:** RICHARD SEEBORG

**Case No.**: 17-cr-00491-RS-2  **Case Name:** USA v. G. Steven Burrill

**Attorney for Government:** Robert Leach, Lori Hendrickson
**Attorney for Defendant:** Rees Morgan, Sarah Peterson
**Defendant**: **[X] Present**  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  **[X] Not in Custody**

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Jo Ann Bryce
**Interpreter:** n/a                          **Probation Officer:** Catheryn Grier

### PROCEEDINGS

Status Hearing Held.

### SUMMARY

Court proceedings partially conducted under seal.  The court sentenced the defendant to the custody of the Bureau of Prisons for a period of 30 months.  This term consists of terms of 30 months on Count 1 and Count 2, all counts to be served concurrently.  Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. This term consists of terms of 3 years on each of Counts One and Two, all such terms to run concurrently.  The defendant is ordered to pay a special assessment in the amount of $200, which shall be due immediately.  The court did not impose a fine.  Defendant shall self-surrender on March 4, 2019 .  **CASE CONTINUED TO**:**1/22/19 at 2:30 p.m.** for Restitution Hearing.  Each party shall submit 10 page restitution argument by 1/15/19.  Government's motion to dismiss open charges in the information  is granted.